1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARRELL ONEIL BUCKNER,                    No. 2:23-cv-01723-TLN-EFB (PC)

12                 Plaintiff,

13         v.                                   ORDER

14    SACRAMENTO POLICE
      DEPARTMENT, et al.,
15
                    Defendants.
16

17
             Plaintiff is a county jail inmate proceeding without counsel and in forma pauperis in an
18
      action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule
19
      302 pursuant to 28 U.S.C. § 636(b)(1).
20
             Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $402 filing fee required by 28
21
      U.S.C. § 1914(a).  Plaintiff is assessed an initial partial filing fee of 20 percent of the greater of
22
      (a) the average monthly deposits to plaintiff's trust account; or (b) the average monthly balance in
23
      plaintiff's account for the six-month period immediately preceding the filing of the complaint.  28
24
      U.S.C. § 1915(b)(1).  Thereafter, plaintiff must make monthly payments of 20 percent of the
25
      preceding month's income credited to his trust account.  28 U.S.C. § 1915(b)(2).
26
             The agency having custody of plaintiff is required to forward to the Clerk of the Court the
27
      initial partial filing fee, if funds exist, as well as payments from plaintiff's account each time the
28

                                                    1

1   amount in the account exceeds $10, until the filing fee is paid. *Id.*

2        The Clerk of the Court shall serve a copy of this order and a copy of plaintiff's in forma

3   pauperis application upon the Director of the Rio Consumnes Correctional Center, 12500

4   Bruceville Road, Elk Grove, California 95757, and deliver a copy of this order to the Clerk's

5   financial division.

6        So ordered.

7

8   Dated: November 27, 2023

9   EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28