UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ONEIL BUCKNER, | No. 2:23-cv-01723-TLN-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 28, 2023, the court dismissed plaintiff's first amended complaint, granting plaintiff leave to file a second amended complaint within 30 days. ECF No. 10. Plaintiff appealed that order, and the Ninth Circuit dismissed the appeal on February 29, 2024. ECF Nos. 12, 15.

Accordingly, it is hereby ORDERED that plaintiff shall file his second amended complaint within 30 days of the date of this order. Failure to do so will result in a recommendation that this action be dismissed.

Dated: March 4, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1